**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MITZI RAYNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-10-1055-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying plaintiff's application for disability insurance benefits.

The Report and Recommendation of Magistrate Judge Doyle W. Argo (doc. no. 20) recommends affirming the decision of the Commissioner denying benefits. Plaintiff objects to the Report (doc. no. 21) on two related grounds. Her objections are reviewed *de novo*. *See*, 28 U.S.C. §636(b)(1) (court makes a *de novo* determination of those portions of the report to which objection is made).

Having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here.

The court rejects the plaintiff's objections to the Report and finds that the Report should be adopted in its entirety. The Report and Recommendation of Magistrate Judge Argo is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision

of the Commissioner of the Social Security Administration denying benefits is **AFFIRMED**.

Dated this 7th day of September, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1055p002.wpd